UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARKIES LYNCOIA SAVAGE,

    Plaintiff,

v.                                                  Case No. 3:22cv18744-LC-HTC

ESCAMBIA COUNTY CORRECTION
   DEPARTMENT, et al.,

    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on November 16, 2022, (ECF No. 10), recommending dismissal based on Plaintiff's failure to prosecute and failure to comply with Court orders.  Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Case No. 3:22cv18744-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 10) is adopted and incorporated by reference in this order.

2. That this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with Court orders.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 3rd day of January, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**